# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145052(100)(101)

MILLER-DAVIS COMPANY,
      Plaintiff-Appellant,

v

AHRENS CONSTRUCTION, INC.,
      Defendant-Appellee,

and

MERCHANTS BONDING COMPANY,
      Defendant.
_____/

SC: 145052
COA: 284037
Kalamazoo CC: 05-000199-CK

     On order of the Chief Justice, the motion for immediate consideration is GRANTED. On further order, the motion of the Associated General Contractors of Michigan for an extension of time to file an amicus curiae brief is DENIED. The amicus brief submitted on January 16, 2014, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2014


Clerk